## Commonwealth ex rel. Curtis *v.* Ashe, Warden.

PER CURIAM, April 9, 1940:

There is no provision in the Bill of Rights in the Constitution of Pennsylvania, nor in the amendments to the Federal Constitution, which requires the court to appoint counsel to defend, or represent, one accused of crime, who enters a plea of guilty to an indictment charging a criminal offense. The case of *Commonwealth ex rel. Schultz v. Smith,* 139 Pa. Superior Ct. 357, 11 A. 2d 656, has no application to a case where the accused pleads guilty before trial.

The petition is denied.